USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTOR LOPEZ and On Behalf of All Other
Persons Similarly Situated,                                     Case No. 17-cv-10018 (GHW)

                                        Plaintiffs,

                    -against-                                   **STIPULATION OF DISMISSAL**
                                                               **WITH PREJUDICE**
MUJI U.S.A. LIMITED,

                                        Defendant.
-----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel that the above-captioned action is voluntarily dismissed with prejudice in its

entirety without fees or costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
        March 23, 2018

THE MARKS LAW FIRM                          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____                 By: _____
     Bradley G. Marks                            Peter T. Shapiro
     *Attorneys for Plaintiff*                   *Attorneys for Defendants*
     175 Varick Street, 3rd Floor                77 Water Street, Suite 2100
     New York, NY 10014                          New York, New York 10005
     (646) 770-3775                              (212) 232-1300
     Brad@markslawpc.com                         Peter.Shapiro@lewisbrisbois.com

                    The parties have stipulated to the dismissal
                    of this action under Rule 41(a)(1)(A)(ii).
                    The Clerk of Court is directed to close the case.

                    Dated: March 23, 2018
                    New York, New York

                                        _____
                                        GREGORY B. WOODS
                                        United States District Judge

4852-1852-5792.1